UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEEL R. COLES,<br><br>    Petitioner,<br><br>v.<br><br>DAVID L. RUNNELS, Warden,<br><br>    Respondent. | 1:04-CV-6581-AWI-TAG-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br>(DOCUMENT #17) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 19, 2005, Petitioner filed a motion to extend time to file a traverse to the answer filed by Respondent on April 5, 2005, pursuant to the court's order of January 4, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   April 25, 2005**              /s/ Theresa A. Goldner
j6eb3d                                         UNITED STATES MAGISTRATE JUDGE