# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEEL R. COLES,<br><br>        Petitioner,<br><br>  v.<br><br>DAVID L. RUNNELS, Warden,<br><br>        Respondent. | 1:04-CV-06581 AWI JMD HC<br><br>ORDER VACATING JANUARY 3, 2008, FINDINGS AND RECOMMENDATION THAT HAD RECOMMENDED THE PETITION BE DENIED<br>[Doc. #45]<br><br>ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On January 3, 2008, the Magistrate Judge issued a Findings and Recommendation. Unfortunately, the Findings and Recommendation was erroneously entered in this case with an incorrect caption. As Petitioner points out in his objections, the body of the ruling does not apply to him. Therefore, the Findings and Recommendation will be vacated. The Court apologizes for any confusion caused to the parties. Petitioner is advised the Court has not yet rendered a ruling on his petition, and he will be provided the correct ruling when it is filed.

    Accordingly, the Court hereby VACATES the Findings and Recommendation of January 3, 2008. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   May 23, 2008                        /s/ Anthony W. Ishii
                                                          UNITED STATES DISTRICT JUDGE