UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMEEL R. COLES, | ) | 1:04-CV-6581 AWI JMD HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER REQUIRING RESPONDENT TO |
| v. | ) | SUBMIT TRANSCRIPTS AND OTHER |
| | ) | DOCUMENTS |
| | ) | |
| DAVID L. RUNNELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The instant petition was filed November 15, 2004 in the United States District Court, Eastern District of California, Sacramento Division. Pursuant to a court order filed November 19, 2004, the instant petition was transferred to the United States District Court, Eastern District of California, Fresno Division.

On January 4, 2005, the Court ordered Respondent to file a response to the petition, including with any answer all transcripts or other documents necessary for the resolution of the issues presented in the Petition. (Court Doc. 8.) After conducting an initial review of the petition, answer, and supporting materials, the Court HEREBY ORDERS Respondent to file the following transcripts and other documents with the Court within 30 days:

1. The transcript of the in-chambers questioning of the excluded jurors referenced on pages 17 and 18 of the Answer.

2. The juror questionnaires of the excluded jurors referenced on pages 17 and 18 of the Answer.

3. Petitioner's signed refusal of medical treatment referenced on page 31 of the Answer.

IT IS SO ORDERED.

| Dated: | June 16, 2008 | /s/ John M. Dixon |
|---|---|---|
| | | UNITED STATES MAGISTRATE JUDGE |