IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEEL R. COLES, | 1:04-cv-06581-AWI-JMD (HC) |
|     Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |
|     vs. | TO SUBMIT STATE COURT DOCUMENTS |
| DAVID L. RUNNELS, et al., | (DOCUMENT #51) |
|     Respondents. | AUGUST 18, 2008 DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 17, 2008, Respondent filed a motion to extend time to submit certain state court documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent has an additional thirty days, to and including August 18, 2008, in which to file said state court documents.

IT IS SO ORDERED.

**Dated:   July 22, 2008**              /s/ John M. Dixon
                                                      UNITED STATES MAGISTRATE JUDGE