# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMEEL R. COLES, | ) | 1:04-CV-06581AWI JMD (HC) |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION FOR |
| | ) | APPOINTMENT OF COUNSEL |
| v. | ) | [Doc. #64] |
| | ) | |
| DAVID L. RUNNELS, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 1, 2008, Petitioner renewed his request for appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See e.g.*, Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958), *cert. denied*, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir. 1984), *cert. denied*, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the court to appoint counsel for a habeas petitioner where the court determines that "the interests of justice so require." 18 U.S.C. § 3006A(2)(B); *see* Rule 8(c), Rules Governing Section 2254 Cases.

In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time. Judgment was entered on November 7, 2008, and the matter before this Court is terminated. Accordingly, Petitioner's request for appointment of counsel is DENIED without prejudice. Petitioner is advised, though, that he may renew his motion to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

**Dated:    December 12, 2008**            **/s/ John M. Dixon**
UNITED STATES MAGISTRATE JUDGE